**DISMISS and Opinion Filed August 8, 2013.**



# In The
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-13-00946-CV

**BMW OF DALLAS, Appellant**

**V.**

**SONYA JACKSON, Appellee**

### On Appeal from the 116th Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-13-06148

## MEMORANDUM OPINION

Before Justices Lang, Myers, and Evans
Opinion by Justice Myers

Before the Court is appellant's August 6, 2013 motion to dismiss this accelerated appeal.

Appellant has informed the Court that the appeal is now moot because the trial court has

dissolved the temporary injunction that is the subject of this accelerated appeal. Accordingly, we

grant appellant's motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1).


/Lana Myers/
LANA MYERS
JUSTICE

130946F.P05



# Court of Appeals
# Fifth District of Texas at Dallas

## JUDGMENT

BMW OF DALLAS, Appellant

No. 05-13-00946-CV          V.

SONYA JACKSON, Appellee

On Appeal from the 116th Judicial District
Court, Dallas County, Texas.
Trial Court Cause No. DC-13-06148.
Opinion delivered by Justice Myers.
Justices Lang and Evans, participating.

In accordance with this Court's opinion of this date, the appeal is **DISMISSED**.

It is **ORDERED** that appellee, SONYA JACKSON, recover her costs of this appeal from appellant, BMW OF DALLAS.

Judgment entered this 8th day of August, 2013.

/Lana Myers/
LANA MYERS
JUSTICE